IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00531-WYD-MEH

RENEE E. LALLY; and
SEAN R. LALLY,

      Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

      Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

      Plaintiff's Motion to Remand (filed April 24, 2006) is STRICKEN with leave to refile it.  The motion does not reference that Plaintiffs complied with D.C.COLO.LCivR 7.1A and the motion exceeds the page limits imposed in my Hearing, Conference & Trial Procedures.

      Dated:  April 25, 2006

                            s\ Sharon Shahidi
                            Law Clerk to
                            Wiley Y. Daniel
                            U.S. District Court