IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00531-WYD-MEH

RENEE E. LALLY; and
SEAN R. LALLY,

     Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Plaintiffs' Unopposed Motion to Exceed the Fifteen-Page Limit for the Amended Motion to Remand filed April 25, 2006, is **GRANTED**.  The Clerk of Court is directed to accept for filing Plaintiffs' Amended Motion to Remand which is attached to the Unopposed Motion to Exceed the Fifteen-Page Limit.

     Dated:  April 25, 2006

                                                   s\ Sharon Shahidi
                                                   Law Clerk to
                                                   Wiley Y. Daniel
                                                 U.S. District Court