IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00531-WYD-MEH

RENEE E. LALLY; and
SEAN R. LALLY,

     Plaintiffs,

v.

COUNTRY MUTUAL INSURANCE COMPANY,

     Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

     Defendant's Motion for Leave to File Surreply in Opposition to Motion to Remand (filed June 5, 2006) is **GRANTED**.  The Surreply attached to Defendant's motion (docket # 29-2) is accepted for filing.

     **As of May 30, 2006, my Practice Standards have been updated and revised.  My Practice Standards are available from the Clerk of the Court and at www.cod.uscourts.gov**.  These Practice Standards shall govern all trials, hearings, and motions practice in my Courtroom.

     Dated:  June 6, 2006